# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Rivas, Jose Dela | Docket No. | 0980 2:24CR00116-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jose Dela Rivas, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the Court at Richland, Washington, on the 16th day of April 2025, under the following conditions:

**Special Condition No. 6**: Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Rivas reviewed and signed his conditions of release on April 17, 2025, acknowledging an understanding of his pretrial release conditions.

**Violation No. 1**: Mr. Rivas is alleged to be in violation of his pretrial release conditions by consuming alcohol on June 4, 2025.

On June 5, 2025, United States Probation Officer Casey and this officer conducted a home inspection at Mr. Rivas' residence. During the visit, Mr. Rivas provided a urine sample that tested positive for alcohol. Initially, he denied consuming alcohol; however, he eventually admitted he had used alcohol (three MD 20/20) on June 2, 2025. When this officer asked Mr. Rivas why he decided to consume alcohol, he explained he was feeling sad that he was missing his brother's graduation and spending time with his three daughters, which led to making a poor decision.

### PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   June 9, 2025 |
| by | s/Kyle Mowatt |
| | Kyle Mowatt
U.S. Pretrial Services Officer |

**PS-8**
**Re: Rivas, Jose Dela**
**June 9, 2025**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
  Signature of Judicial Officer

6/9/2025
_____
  Date